UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARMAN YACOUB, | CASE NO. 1:14-cv-00884-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PARTIES' STIPULATED REQUEST FOR AN EXTENSION OF TIME** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | **(Doc. 12)** |

On January 9, 2014, Plaintiff filed a stipulated request to extend the time to serve a confidential brief on Defendant until January 31, 2015.  Plaintiff's confidential brief was to be served on or before December 31, 2014.  As this is the parties' first stipulation extending time, and the scheduling order allows the parties to stipulate to one extension of time of not more than 30 days *absent* approval of the Court, the stipulation is approved.  The parties are reminded that requests for extensions of time must be presented to the Court *before* the deadline to be extended has expired.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's confidential letter brief shall be served on the Commissioner no later than January 31, 2015.[1]

IT IS SO ORDERED.

Dated:  **January 12, 2015**          **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE

---

[1] January 31, 2015, is a Saturday; however, this is the day the parties have selected and it will not be altered by the Court.  However, the 3-day mailing rule is not applicable to extend this deadline.

1