# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JARMAN YACOUB,

           Plaintiff,

    v.

CAROLYN COLVIN, Acting Commissioner
of Social Security,

           Defendant.
_____/

Case No.  1:14-cv-00884-SKO

**ORDER GRANTING PLAINTIFF'S
STIPULATED REQUEST TO EXTEND
BRIEFING SCHEDULE**

On April 29, 2015, Plaintiff filed a stipulated request seeking an extension of time to file his opening brief.  (Doc. 16.)  Plaintiff's counsel has been ill and needs the additional time to draft his opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties' stipulated request is GRANTED,

2.    Plaintiff's opening brief must be filed on or before May 8, 2015; and

3.    The subsequent deadlines set forth in the Court's Scheduling Order (Doc. 5-1) are adjusted accordingly.

IT IS SO ORDERED.

Dated:   **May 6, 2015**               **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE