# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARMAN YACOUB, | Case No. 1:14-cv-00884-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On June 8, 2015, Defendant filed a stipulated request seeking an extension of time to file her opposition brief. (Doc. 19.) Defendant's counsel has been unexpectedly absent from work to recover from an automobile accident, and requests an additional thirty days to fully brief Defendant's opposition to Plaintiff's opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED,
2. Defendant's opposition brief must be filed on or before July 8, 2015; and
3. The subsequent deadlines set forth in the Court's Scheduling Order (Doc. 5-1) are adjusted accordingly.

IT IS SO ORDERED.

Dated: **June 11, 2015**        /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE