1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JARMAN YACOUB,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-CV-00884-SKO<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 1 DAY FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER THEREON |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional day to respond to Plaintiff's motion for summary judgment.  This is the second continuance sought by Defendant.  The current due date is July 8, 2015.  The new due date will be July 9, 2015.

　　　　There is good cause for this request.  Defendant is seeking this extension due to Defendant's counsel's regular full workload of district court cases and a new unanticipated matter that was recently assigned to her, that involved further development and a quick turnaround, that could not be assigned to another attorney in the office.  Because of the factors described above, defense counsel is requesting additional day to respond to Plaintiff's motion for summary judgment.  Defendant's counsel apologizes for the delay despite her efforts to be diligent.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: July 8, 2015          DELLERT BAIRD LAW OFFICES, PLLC

*s/ Kelsey Brown by C.Chen\**
(As authorized by phone on 7/8/2015)
KELSEY BROWN
Attorneys for Plaintiff

Date: July 8, 2015          BENJAMIN B. WAGNER
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, it is HEREBY ORDERED that Defendant's responsive brief, filed on July 9, 2015, shall be deemed timely.

IT IS SO ORDERED.

Dated:   **July 13, 2015**            **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE